

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-10-00405-CV

HN TEXAS PROPERTIES, L.P.                                                                   APPELLANT

V.

DAVID H. COX, INDIVIDUALLY                                                 APPELLEE
AND ON BEHALF OF THE ESTATE
OF DAVID WILLIAM COX,
DECEASED AND ON BEHALF OF
ALL WRONGFUL DEATH
BENEFICIARIES OF DAVID
WILLIAM COX, DECEASED

------------

## FROM THE 236TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered appellant's "Agreed Motion To Dismiss The Appeal."

It is the court's opinion that the motion should be granted; therefore, we dismiss

the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.  See Tex. R. App. P. 42.1(d), 43.4.

PER CURIAM

PANEL:  MCCOY, J.; LIVINGSTON, C.J.; and MEIER, J.

DELIVERED:  February 17, 2011